Same case below, 403 Fed. Appx. 851.

**No. 10-9891. Derrick Van Hodges, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2466, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3709.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 627 F.3d 146.

**No. 10-9899. Martin Galindo, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2466, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3735.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 406 Fed. Appx. 322.

**No. 10-9901. Darren Franklin, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2466, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3783.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 630 F.3d 53.

**No. 10-9903. Juan Romero-Carcamo, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2466, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3695.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 399 Fed. Appx. 614.

**No. 10-9905. Richard L. Cansler, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2467, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3758.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 406 Fed. Appx. 48.

**No. 10-9906. Moises Escobedo, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2467, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3813.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 397 Fed. Appx. 205.

**No. 10-9907. Dwelly Cauley, Petitioner v. United States.**

563 U.S. 998, 131 S. Ct. 2467, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3728.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 406 Fed. Appx. 386.

**No. 10-9909. Elizabeth Ann Powell, Petitioner v. Sherman Hatcher, Warden.**

563 U.S. 998, 131 S. Ct. 2467, 179 L. Ed. 2d 1228, 2011 U.S. LEXIS 3639.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 226.